**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| RE: ) | |
| ) | |
| **KENNETH CLAY WILSON and,** ) | |
| **KATHY FAYE WILSON** ) | |
| ) | **CHAPTER 13** |
| ) | |
| ) | **CASE NO.: 07-31617** |
| ) | |
| **Debtors.** ) | |

**APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.**

WES Holding Corporation, successor to HomEq Servicing Corporation (the "Claimant"), acting by and through its attorney in fact, American Property Locators, Inc. in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtors and was due to receive and the Trustee did, in fact, make a distribution from the estate to the Claimant in the amount of $9,191.96. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made to WES Holding Corporation, in care of David H. Jones as attorney for American Property Locators, Inc., P.O. Box 50034, Knoxville, TN 37950.

3. A copy of the Limited Power of Attorney whereby the Claimant granted American Property Locators, Inc. power of attorney to act for the limited purpose of recovering any funds owed to the Claimant in this bankruptcy case is attached hereto as "Exhibit 1".

4. Copies of documentation establishing that WES Holding Corporation is entitled to receive the unclaimed funds as successor to HomEq Servicing Corporation as the result of a merger are attached hereto and marked as collective "Exhibit 2".

5. Copies of documentation establishing that WES Holding Corporation is a wholly-owned subsidiary of Wells Fargo Bank, National Association are attached hereto and marked as collective "Exhibit 3".

WHEREFORE, Claimant requests that the Court issue an order directing payment of the funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Respectfully submitted this 13th day of November 2012.

/s/ David H. Jones
David H. Jones, BPR #011840
P. O. Box 50034
Knoxville, Tennessee 37950
Phone:    (865) 675-6070
Fax:    (865) 671-1459

Attorney for American Property Locators, Inc. as Attorney In Fact for WES Holding Corporation successor to HomEq Servicing Corporation

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2012 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

      United States Attorney
      Attn: Civil Process Clerk
      800 Market Street, Suite 211
      Knoxville, TN 37902

                /s/ David H. Jones_____
                David H. Jones